Cassie Stringfellow
272 S. 1st ave
Thatcher, AZ 85552
Telephone: 928-228-3761
Email: mike@dreamkitchensplus.com

FILED USBC CLRK TUC
2025 JAN 21 PM 2:30

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF ARIZONA

IN RE:

    Cassie Stringfellow

    Debtor

Case No.: 4:25-Bk-00084

Chapter 13 ( assigned to Brenda Moody Whinery)

**DEBTOR'S MOTION TO EXTEND TIME TO FILE CASE OPENING DOCUMENTS ( WITH SUPPORTING DECLARATION) FRBP 1007©LBR 1007-1(B)**

## MOTION OF DEBTOR FOR ORDER PURSUANT TO BANKRUPTCY RULE 1007 (C) EXTENDING TIME FOR DEBTOR TO FILE SCHEDULES

The Debtor, Cassie Stringfellow, in the above- captioned case ( "debtor) hereby moves this Court for entry of an order pursuant to Rule 1007 (a) and (c) of the Federal Rules of Bankruptcy Procedure ('Bankruptcy Rules"). Extending the deadline by which the Debtor must file the schedules A-J ("Schedules") by 14 days.

### Jurisdiction and Venue

This Court has jurisdiction to consider this motion under 28 U.S.C. 157 and 1334.

This is a core proceeding under 28 U.S.C. 1408 and 1409. The legal predicates for the relief requested herein are Bankruptcy Rule 1007 (a) and (c)

DEBTOR'S MOTION TO EXTEND TIME TO FILE CASE OPENING DOCUMENTS ( WITH SUPPORTING DECLARATION) FRBP 1007©LBR 1007-1(B) - 1

## BACKGROUND

On January 7th, 2025 ( Petition Date'), the Debtor filed a voluntary petition in this Court seeking relief under Chapter 13 of the Bankruptcy Code. The factual background regarding the Debtor, the events leading to filing of this bankruptcy case, and the need for extension of time to file the Schedules is set forth in the Declaration of Cassie Stringfellow A Trustee has been appointed this Chapter 13 case : Dianne C. Kerns located at 31 N. 6th Avenue # 105-152 Tucson, AZ 585701. Telephone number is (520) 544-9094

## RELIEF REQUESTED

By this Motion, the Debtor requests that the Court enter an order extending the deadline to file the Schedules (A-J) from January 21st through and including February 4th, 2025

## APPLICABLE AUTHORITY

Under Bankruptcy Rule 1007 (c) , the debtor may obtain an extension of the Schedules (A-J) deadline for " cause" shown. In this present matter, the Debtor has incurred some medical and health problems, that may end up being cancer related and have been trying to seek medical treatment and options for this concern. As well as the company that we have been working with on this filing has put us behind on the filing of such listed schedules, and we are acquiring new council to move forward with all the required documents. Debtor is concurrently scheduled to have medical evaluations performed this week and the meeting with new council as pertaining to this filing. Therefore, Debtor is requesting an extension as this will serve to enhance the accuracy of the information set forth in the Schedules and avoid the necessity of subsequent amendments. Based on the above, Debtors submits that "cause" exists to extend the Schedules deadline by 14 days.

## Conclusion

Wherefore, the Debtor respectfully requests that the Court enter an order granting the relief requested in the Motion and such other and further relief as may be just and proper.

Date: January 21st, 2025          Respectfully submitted,

*Cassie Stringfellow*
Cassie Stringfellow, Pro Se

DEBTOR'S MOTION TO EXTEND TIME TO FILE CASE OPENING DOCUMENTS ( WITH SUPPORTING DECLARATION) FRBP 1007©LBR 1007-1(B) - 3