FORM oextssp
REVISED 10/23/2018

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:  Case No.: 4:25–bk–00084–BMW

CASSIE ANN STRINGFELLOW  Chapter: 13
272 S 1ST AVENUE
THATCHER, AZ 85552
SSAN: xxx–xx–5515
EIN:

Debtor(s)

## ORDER RULING ON MOTION TO EXTEND TIME

Debtor(s) have filed a motion to extend the time to file the schedules, statements, statement of current monthly income, declaration of employer payments and/or declaration of debtor without an attorney.

☑ **IT IS ORDERED** that the motion is GRANTED and the schedules, statements, and the statement of current monthly income required to be filed by Federal Rule of Bankruptcy Procedure 1007(b), declaration of employer payments using the format required by Local Bankruptcy Rule 1007–1(f) and declaration of debtor without an attorney as required by Local Bankruptcy Rule 1007–1(g) are to be filed no later than 02/04/2025.

Debtor(s) have filed a motion to extend the time to file a chapter 13 plan.

☑ **IT IS ORDERED** that the motion is GRANTED and the plan is to be filed no later than 02/04/2025.

Debtor(s) have filed a motion to extend the time to file the list of creditors (master mailing list), credit counseling certificate and/or the statement of social security number.

☐ **IT IS ORDERED** as these items are required to be filed with the petition by Federal Rule of Bankruptcy Procedure 1007(a), (c) and (f), no extension may be granted and the motion is DENIED.

Debtor(s) have filed a motion to extend the time to file the Statement of Intention required by 11 USC Section 521(a)(2).

☐ **IT IS ORDERED** as that statement must be filed within 30 days after the date of the filing of the chapter 7 petition or on or before the date of the meeting of creditors, whichever is earlier, the motion is DENIED if the requested due date is to extend beyond these time periods.

– – – ORDER CONTINUES ON NEXT PAGE – – –

Date: January 21, 2025                           BY THE COURT

Address of the Bankruptcy Clerk's Office:       **Honorable Brenda Moody Whinery**
U.S. Bankruptcy Court, Arizona                  United States Bankruptcy Judge
38 S. Scott Avenue
Tucson, AZ 85701–1704
Telephone number: (520) 202–7500
www.azb.uscourts.gov